# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hank Aaron Johnson,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-477-RJC
(3:06-cr-185)

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2011 Order.

Signed: August 23, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court